AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ALFRED LEWIS THOMPSON**
**DOB: x/xx/xx**
**PDID: xxx-xxx**

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about <u>June 17, 2008</u> in, in the  District of <u>COLUMBIA</u> defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title <u>21</u> United States Code, Section(s) <u>841(a)(1)</u>.

I further state that I am <u>**OFFICER MICHAEL SWANDA**</u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

_____
**Signature of Complainant**
**OFFICER MICHAEL SWANDA**
**MPD-SEVENTH DISTRICT**

Sworn to before me and subscribed in my presence,

_____   at   <u>Washington, D.C.</u>
**Date**                                                    **City and State**

_____       _____
**Name & Title of Judicial Officer**              **Signature of Judicial Officer**

**STATEMENT OF FACTS**

      On June 17, 2008, officers of the Metropolitan Police Department attempted to perform a traffic stop of an automobile driven by the defendant in the alley way in the rear of the 1100 block of Stevens Road, S.E., Washington, D.C., for window tint violation. The defendant Alfred Thompson reached out of the window of the vehicle and tossed a plastic bag over the roof of the vehicle as it came to a stop. Upon stopping, the defendant exited the vehicle. Officers ordered the defendant back into his vehicle. The defendant refused to comply and ran to the front of his vehicle, picked up the plastic bag, and began to flee the scene on foot. An officer pursued the defendant and observed the defendant throw down the plastic bag. The officer picked up the plastic bag and identified the contents to be illegal narcotics. The defendant was spotted entering the back door of a row house at 1145 Stevens Road, S.E. As the officers went to the front door of the row house they saw the defendant peeking out of the front door. The defendant saw the officers and quickly shut the front door. The officers immediately entered the front door and stopped the defendant as he stood in the living room. The defendant was placed under arrest. The plastic bag that the defendant dropped contained several plastics wraps containing a white rock-like substance. The white rock-like substance appeared to be crack cocaine. A portion of the white rock-like substance field tested positive for cocaine base. The approximate weight of the suspected crack cocaine was over 56 grams which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant. In addition, the officers recovered $2736 from the defendant's pants pocket.

 

OFFICER MICHAEL SWANDA
MPD-SEVENTH DISTRICT

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF JUNE, 2008.

U.S. MAGISTRATE JUDGE